```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 02854
   ROBERT C HINZ
   SHIRLEY J HINZ                             CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2671     SSN XXX-XX-3886
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/20/07 and confirmed on 06/27/07.

2. The case was dismissed after confirmation, 09/21/2007.

3. The Debtor paid a total of $ 1575.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | 122.64 |
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | 4890.00 | 256.73 | 382.21 |
| STATE FARM BANK | SECURED VEHIC | 3980.00 | 24.38 | 379.12 |
| SEVENTH AVENUE | UNSECURED | 393.10 | .00 | .00 |
| ADVANCE TIL PAY DAY | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2105.40 | .00 | .00 |
| B REAL LLC | UNSECURED | 26730.28 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 19013.98 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 854.21 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 15844.17 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17232.91 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14884.43 | .00 | .00 |
| ICE MOUNTAIN WATER | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERISTY | UNSECURED | NOT FILED | .00 | .00 |
| FEDERATED MACYS | UNSECURED | 2072.85 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SPRINT NEXTEL | UNSECURED | 760.33 | .00 | .00 |
| NICOR GAS | UNSECURED | 1215.79 | .00 | .00 |
| REICH & ORLOFF | UNSECURED | NOT FILED | .00 | .00 |
| RODALE BOOKS | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 9479.53 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 16846.30 | .00 | .00 |
| TRAVELERS | UNSECURED | NOT FILED | .00 | .00 |

```
TRAVELERS                     UNSECURED      NOT FILED              .00         .00
RESURGENT CAPITAL SERVIC      UNSECURED        9174.41              .00         .00
CASH STORE                    UNSECURED      NOT FILED              .00         .00
CREDITORS DISCOUNT & AUD      UNSECURED      NOT FILED              .00         .00
DICKS WELL & PUMP             UNSECURED      NOT FILED              .00         .00
FIRST FINANCIAL ASSET MG      UNSECURED      NOT FILED              .00         .00
JOES WELL & PUMP              UNSECURED      NOT FILED              .00         .00
SCHMITZ BROTHERS PLUMBIN      UNSECURED      NOT FILED              .00         .00
DELL FINANCIAL SERVICES       SECURED            473.84            3.77       39.97
CHASE HOME FINANCE            MORTGAGE ARRE       .00               .00         .00
LIGHTHOUSE FINANCIAL GRO      UNSECURED          65.00              .00         .00
DELL FINANCIAL SERVICES       UNSECURED        3519.88              .00         .00
CACH LLC                      UNSECURED        7071.99              .00         .00
RESURGENT CAPITAL SERVIC      UNSECURED       13403.81              .00         .00
ROUNDUP FUNDING LLC           UNSECURED        9765.23              .00         .00
        Summary of disbursements:
-----------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   9343.84        .00    170433.60          .00     179777.44
PRINCIPAL PAID        923.94        .00          .00          .00        923.94
INTEREST PAID         284.88        .00          .00          .00        284.88
TOTAL PAID           1208.82        .00          .00          .00       1208.82
```

The Debtor's attorney, DAVID M SIEGEL           , was allowed $   3000.00
and was paid $    376.00   direct and $    322.15   through the plan.

The Trustee received $      44.03 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 12/19/07                   /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                         PAGE   3
    CASE NO. 07 B 02854 ROBERT C HINZ & SHIRLEY J HINZ
```